Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| ANDREA KEYES | Case No. 2:18-04390-DPC |
| Debtor(s) | TRUSTEE'S MOTION TO DISMISS |

COMES NOW Edward J. Maney, Trustee in the above-captioned Chapter 13 Proceeding and states that the debtor(s) is/are in default under the terms of their Chapter 13 Plan. Plan payments are 3 months delinquent and no showing has been made of any just cause for the default.

Total delinquency as of this date: $1,493.00

The next scheduled payment is due: 12/23/2021

**Debtors is required to pay no less than $1,993.00 by 1/15/2020 to avoid dismissal of this case.**

The Trustee will lodge an order dismissing this case if the debtor(s) fail to meet one of the following requirements:

1. All Plan payments must be current by 1/15/2020.
2. The debtor(s) file a Notice of Conversion to a Chapter 7 with the Court and serve a copy on the Trustee.
3. The debtor(s) file an Amended or Modified Plan including a Moratorium of Plan Payments with the Court and serve a copy on the Trustee.

Dated: See Electronic Signature

| | |
|---|---|
| 1 | EDWARD J. MANEY |
| 2 | CHAPTER 13 TRUSTEE |

By:_____
Edward J. Maney ABN 12256
Chapter 13 Trustee
101 North First Avenue, Suite 1775
Phoenix, AZ 85003
(602) 277-3776
ejm@maney13trustee.com

1 | CERTIFICATE OF MAILING FOR CASE NO. 2:18-04390-DPC

2 | Copies of the foregoing mailed (see electronic signature below) to the following:

Attorney for Debtor (s):
Nathan A. Finch
Catalyst Legal Group, PLLC
1820 E. Ray Road
Chandler, AZ 85225-

Debtor (s):
ANDREA KEYES
PO BOX 67866
PHOENIX, AZ. 85082

'

By:_____
    Trustee's Clerk