| | |
|---|---|
| Bijal Patel-Weintraub, Esq. SBN: 033652<br>Michael W. Thrall, Esq. SBN: 031172<br>**CATALYST LAW, LLC**<br>1820 East Ray Rd.<br>Chandler, AZ 85225<br>Office: 602.456.2233<br>Email: contact@catalyst.lawyer<br>*Attorney for Debtor* | |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ANDREA KEYES,<br><br>Debtor(s). | In Proceedings Under Chapter 13<br><br>Case No.: 2:18-bk-04390-DPC<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL** |

    Bijal Patel-Weintraub and Michael Thrall of Catalyst Law, LLC and Nathan Finch of Catalyst Legal Group, PLLC, hereby provides notice through Stipulation for Substitution of Counsel that Bijal Patel-Weintraub and Michael Thrall of Catalyst Law, LLC is substituting as counsel for Debtor, Andrea Keyes, in place of Nathan Finch of Catalyst Legal Group, PLLC.

    It is hereby specifically requested that copies of all notices and filings in the above captioned matter and any related case be sent to:

Bijal Patel-Weintraub, Esq. SBN: 033652<br>
Michael W. Thrall, Esq. SBN: 031172<br>
Catalyst Law, LLC<br>
1820 E. Ray Road<br>
Chandler, Arizona 85225<br>
Tel: 602.456.2233<br>
Email: Contact@Catalyst.Lawyer

Respectfully submitted this 14th day of June 2021.

        **CATALYST LAW, LLC**
        By: */s/ Bijal Patel-Weintraub*
        Bijal Patel-Weintraub
        1820 E. Ray Road
        Chandler, Arizona 85225

        **CATALYST LAW, LLC**
        By: */s/ Michael Thrall*
        Michael Thrall
        1820 East Ray Rd.
        Chandler, AZ 85225

        **CATALYST LEGAL GROUP, PLLC**
        By: */s/ Nathan Finch*
        Nathan Finch
        1820 E. Ray Road
        Chandler, AZ 85225

*CERTIFICATE OF SERVICE*

CONFORMED COPY of the foregoing sent
via US mail this 14th day of June 2021 to:

U.S Trustee
Office of The U.S. Trustee
230 N. First Ave., Ste. 204
Phoenix, AZ 85003

EDWARD J. MANEY
CHAPTER 13 TRUSTEE
101 N. FIRST AVE., SUITE 1775
PHOENIX, AZ 85003

By: */s/ CJM*